**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 11-31-DLB-CJS**

**UNITED STATES OF AMERICA**                                                                                 **PLAINTIFF**

**V.**           **ORDER ADOPTING REPORT AND RECOMMENDATION**

**LELAND FRAZER**                                                                                      **DEFENDANT**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

This matter is before the Court upon the April 4, 2016 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court modify Defendant Leland Frazer's supervised release to include, in addition to the standard and special conditions already imposed, a thirty-day period of home detention utilizing voice recognition technology. (Doc. # 267). At Defendant's Final Revocation hearing, Defendant and the Probation Officer informed Magistrate Judge Smith that the parties had reached an agreement wherein Defendant would plead guilty on the violations set forth in the March 23, 2016 Violation Report (Doc. # 265) in exchange for thirty-day in-home detention modification to Defendant's supervised release. (Doc. # 267).

Defendant waived his right to allocution and his right to file objections to the R&R (Doc. # 267), the R&R is now ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1) The Report and Recommendation (Doc. # 267) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2) Defendant is found to have **VIOLATED** the terms of his supervised release as outlined in Violations 1 and 2;

3) Defendant's supervised release is hereby **MODIFIED AS FOLLOWS:**

> Defendant to serve thirty (30) days of home detention utilizing voice recognition technology.  While on home detention, Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities approved in advance by the Probation Officer.

4) All of Defendant's previously imposed supervised release requirements remain in effect; and

5) A Judgment shall be entered concurrently herewith.

This 6th day of April, 2016.



Signed By:
*David L. Bunning*
**United States District Judge**

K:\DATA\ORDERS\Covington Criminal\2011\11-31 Order Adopting R&R Re SRV.wpd