**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 11-31-3-DLB-CJS**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**vs.**                                    <u>**ORDER**</u>

**LELAND FRAZER**                                                    **DEFENDANT**

*** *** *** ***

       This matter is before the Court upon the January 31, 2017 Report and Recommendation ("R&R") of Magistrate Judge Candace Smith, wherein she recommends that the Court find that Defendant Leland Frazer violated the terms of his supervised release as set out in the October 26, 2016 Supervised Release Violation Report. (Doc. # 279). Defendant initially appeared on his supervised release violation charges before Magistrate Judge Smith on November 17, 2016. (Doc. # 274). The Final Revocation Hearing was held on November 22, 2016. (Doc. # 277). In the R&R, Magistrate Judge Smith recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to a term of imprisonment of twelve (12) months, with credit to be given for time served, with a thirteen (13) month term of supervised release to follow. (Doc. # 279).

       Defendant having waived his right to allocution and his right to file objections to the R&R (Doc. # 280), the R&R is now ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1)  The Report and Recommendation (Doc. # 279) is **adopted** as the findings of fact and conclusions of law of the Court;

(2)  Defendant is found to have violated the terms of his supervised release as set out in the October 26, 2016 Supervised Release Violation Report;

(3)  Defendant's supervised release is **REVOKED**;

(4)  Defendant Frazer is committed to the custody of the Attorney General for a term of **twelve (12) months,** credit to be given for time served since his detention on the charged violations, with **thirteen (13) months** of supervised release to follow on the same standard and special conditions as previously imposed;

(5)  Defendant's confinement shall be served, if feasible, at the Bureau of Prisons approved facility closest to his home in Lexington, Kentucky; and

(6)  A Judgment shall be entered concurrently herewith.

This 15th day of March, 2017.



Signed By:
*David L. Bunning*  DB
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2011\11-31-3 Order Adopting R&R re SRV.wpd